

Frederick L. Cottrell, III
Director
302-651-7509
Cottrell@rlf.com

May 7, 2012

**VIA CM/ECF**

The Honorable Richard G. Andrews
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE  19801

      Re:    <u>*Rovi Corp., et al. v. Amazon.com, Inc., et al.*, C.A. No. 11-003-RGA</u>

Dear Judge Andrews,

      Pursuant to the Court's request at the April 27, 2012 claim construction hearing in the above-captioned case, Plaintiffs submit the below alternative construction for the claim term "standardized product," from U.S. Patent No. 6,275,268.  Plaintiffs believe that this construction is consistent with the intrinsic and extrinsic evidence cited in the parties' briefing, and that it addresses the concerns expressed by the Court at the hearing.

      *Standardized Product:  a category of product (such as a DVD or VHS tape) that is the same for each of multiple programs*

      Should Your Honor have any questions regarding the foregoing, counsel remain available at the Court's convenience.

      Respectfully,

      */s/ Frederick L. Cottrell, III*

      Frederick L. Cottrell, III (#2555)
      cottrell@rlf.com

FLC,III/afg
cc:    All Counsel of Record (via CM/ECF and electronic mail)