IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROVI CORPORATION, ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL INC.), UNITED VIDEO PROPERTIES, INC., TV GUIDE ONLINE, LLC, and TV GUIDE ONLINE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC. and IMDB.COM, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 11-003 (RGA) |

## STIPULATION AND ORDER DISMISSING
## PLAINTIFFS ROVI CORPORATION AND ROVI GUIDES, INC.

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as follows:

1. Rovi Corporation and Rovi Guides, Inc. are dismissed as plaintiffs in this action with prejudice;

2. Defendants stipulate that they will not assert that the remaining plaintiffs lack standing to maintain this action based on the absence of Rovi Corporation and Rovi Guides, Inc. as plaintiffs or that the dismissal itself affects the claims of the remaining plaintiffs; and

3. The caption in this matter is hereby revised as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED VIDEO PROPERTIES, INC., TV GUIDE ONLINE, LLC, and TV GUIDE ONLINE, INC., <br><br> Plaintiffs, <br> v. <br><br> AMAZON.COM, INC. and IMDB.COM, INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 11-003 (RGA) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Anne Shea Gaza* | */s/ Karen Jacobs Louden* |
| Frederick L. Cottrell, III (#2555) <br> Anne Shea Gaza (#4093) <br> 920 North King Street <br> Wilmington, Delaware 19801 <br> (302) 651-7700 <br> cottrell@rlf.com <br> gaza@rlf.com | Karen Jacobs Louden (#2881) <br> Michael J. Flynn (#5333) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, Delaware 19899-1347 <br> (302) 658-9200 <br> klouden@mnat.com <br> mflynn@mnat.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| June 7, 2012 | |

IT IS SO ORDERED this _____ day of June, 2012.

_____
United States District Court Judge