IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED VIDEO PROPERTIES, INC., TV GUIDE ONLINE, LLC, and TV GUIDE ONLINE, INC., | ) ) ) ) |
| Plaintiffs, | ) C.A. No. 11-003 (RGA) |
| v. | ) ) |
| AMAZON.COM, INC. and IMDB.COM, INC., | ) ) ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER AMENDING
REVISED SCHEDULING ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadlines set forth in the Court's April 16, 2012 Revised Scheduling Order (D.I. 97) are hereby further amended as follows:

| Paragraph | Deadline | Current Schedule | Revised Schedule |
|---|---|---|---|
| **Fact Discovery** | | | |
| 3(b) | Fact Discovery cut off | June 15, 2012 | August 17, 2012 |
| **Expert Discovery** | | | |
| 10(a) | Opening Expert Reports Due | July 13, 2012 | September 14, 2012 |
| 10(a) | Rebuttal Expert Reports | August 10, 2012 | October 12, 2012 |
| 10(a) | Reply Expert Reports (and expert availability for depositions) | September 10, 2012 | November 6, 2012 |
| 10(a) | Expert discovery cut off | October 5, 2012 | November 28, 2012 |
| **Pre-Trial** | | | |
| 11 | Case Dispositive Motions filed | October 19, 2012 | December 21, 2012 |
| 11 | Opp. to Case Dispositive Motions | November 19, 2012 | January 22, 2013 |
| 11 | Replies to Case Dispositive Motions | December 10, 2012 | February 15, 2013 |
| 15 | Pretrial Conference | March 15, 2013 | May 17, 2013 at 2:00 pm |
| 16 | Trial | April 1, 2013[1] | June 10, 2013 |

---

[1]   Date provided in the Court's April 27, 2012 Oral Order.

| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ *Frederick L. Cottrell, III* | /s/ *Karen Jacobs Louden* |
| Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com | Karen Jacobs Louden (#2881)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>(302) 658-9200<br>klouden@mnat.com<br>mflynn@mnat.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| June 8, 2012 | |

IT IS SO ORDERED this 8th day of June, 2012.

_____
United States District Court Judge