IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED VIDEO PROPERTIES, INC., TV GUIDE ONLINE, LLC, and TV GUIDE ONLINE, INC., | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 11-003 (RGA) |
| v. | ) | |
| | ) | |
| AMAZON.COM, INC. and IMDB.COM, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO MODIFY SCHEDULING ORDER

Plaintiffs United Video Properties, Inc., TV Guide Online, LLC, and TV Guide Online, Inc. (collectively "Rovi"), and Defendants Amazon.com, Inc. and IMDb.com, Inc. (collectively "Defendants") respectfully request that the Court modify its scheduling order (D.I. 179) as follows:

1.      The parties believe that they will shortly file a stipulation of dismissal of certain claims. In light of this, the deadline for responsive expert reports, currently December 7, 2012 shall be postponed. Responsive reports concerning validity and non-infringement shall be exchanged on December 13, 2012.

2.      Additionally, Plaintiffs shall submit supplemental damages opening reports no later than December 14, 2012.

3.      The parties shall further advise the Court as soon as possible concerning any additional proposed changes to the Court's current schedule, including the date by which Defendants' responsive damages report is to be served.

- 2 -

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Anne Shea Gaza*

_____
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Jason Rawnsley (#5379)
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
jrawnsley@rlf.com

*Attorneys for Plaintiffs*

December 7, 2012
6820385.1

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

_____
Karen Jacobs Louden (#2881)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
klouden@mnat.com
mflynn@mnat.com

*Attorneys for Defendants*

IT IS SO ORDERED this ____ day of December, 2012.


_____
United States District Court Judge