IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED VIDEO PROPERTIES, INC., TV GUIDE ONLINE, LLC, and TV GUIDE ONLINE, INC., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMAZON.COM, INC. and )<br>IMDB.COM, INC., )<br>)<br>Defendants. ) | C.A. No. 11-003 (RGA) |

## STIPULATION OF DISMISSAL

Plaintiffs United Video Properties, Inc., TV Guide Online, LLC, and TV Guide Online, Inc. (collectively "Plaintiffs"), and Defendants Amazon.com, Inc. and IMDb.com, Inc. (collectively "Defendants") stipulate as follows:

1. In the above-captioned litigation, Plaintiffs currently accuse defendants of infringing certain claims of U.S. Patent No. 5,988,078 (D.I. 10, Plaintiffs' First Claim for Relief) and certain claims of U.S. Patent No. 7,493,643 (D.I. 10, Plaintiffs' Fourth Claim for Relief).

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that Plaintiffs' First and Fourth Claims for Relief shall be dismissed with prejudice.

| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Anne Shea Gaza* | */s/ Michael J. Flynn* |
| Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>Jason Rawnsley (#5379)<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br>jrawnsley@rlf.com<br><br>*Attorneys for Plaintiffs*<br><br>December 10, 2012 | Karen Jacobs Louden (#2881)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>(302) 658-9200<br>klouden@mnat.com<br>mflynn@mnat.com<br><br>*Attorneys for Defendants* |

**IT IS SO ORDERED** this 11th day of December, 2012.

Richard G. Andrews
United States District Court Judge

6821377