# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

KAREN JACOBS LOUDEN
(302) 351-9227
(302) 425-4681 FAX
klouden@mnat.com

December 12, 2012

**BY E-FILING**

The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9
Room 2325
Wilmington, Delaware 19801

Re:    *United Video Props., Inc. et al. v. Amazon.com, Inc. & IMDb.com, Inc.,*
       *C.A. No. 11-003 (RGA)*

Dear Judge Andrews:

The Court granted yesterday the parties' stipulation dismissing two of the patents in suit – the '643 and '078 patents. (D.I. 213) The Court previously entered a stipulated judgment of non-infringement with respect to another patent in suit – the '128 patent – on August 27, 2012. (D.I. 182). Two patents – the '268 and '690 patents – remain in the action.

As a result of these stipulations, section C of Plaintiffs' Motion for Clarification of the June 22, 2012 Memorandum Opinion on claim construction (D.I. 183) is now moot.

The parties are available at the Court's convenience should the Court wish to discuss these matters further.

Respectfully,

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)

cc:    Clerk of the Court
       All Counsel of Record (By E-mail)

6833573