IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED VIDEO PROPERTIES, INC.,  :
TV GUIDE ONLINE, LLC, and  :
TV GUIDE ONLINE, INC.,  :
                                                   :
              Plaintiffs,            :
                                                   :
     v.                                        :          Civil Action No. 11-003-RGA
                                                   :
AMAZON.COM, INC., and IMDB.COM,   :
INC.,                                          :
                                                   :
              Defendants.         :

The Court, having considered Plaintiffs' Motion for Clarification of the June 22, 2012

Memorandum Opinion (D.I. 183), as well as the papers filed in connection therewith, hereby

clarifies its June 22 Memorandum Opinion as follows:

1.       The Court revises its construction of the term "electronic television program

guide" to be "an electronic application that identifies the channels and times on which television

programs will air." Similarly, the Court revises its construction of the term "interactive program

guide" to be "an application that produces interactive display screens identifying the channels

and times on which television programs will air." The Court's revised constructions are intended

to make clear that the terms "electronic program guide" and "interactive program guide" in the

'268 and '690 patents require the respective applications to provide current and forward-looking

program schedule and channel information – i.e., information concerning what programs are

currently airing and when programs will air in the future, and on what channel.

2.       "Displaying" information in the '268 patent necessarily involves overlaying it on

top of a currently-playing television program.  As the Court stated in its June 22, 2012

Memorandum Opinion, "displaying" must be interpreted in the context of the claim, not in

isolation.  *On Demand Machine Corp. v. Ingram Indus.*, 442 F.3d 1331, 1344 (Fed. Cir. 2006).

The '268 Patent is explicit that the "invention relates to an electronic program schedule system,

which provides a user with schedule information for broadcast or cablecast programs, viewed by

the user *on a television receiver*."  '268 Patent at col.1 ll.12-15 (emphasis added).  In that

context, the term "displaying" must necessarily relate to television and not other forms of

"overlaying" on a screen such as when a program "window" on a computer screen is overlaid on

top of a user's desktop and other program windows.

Entered this 14th day of December, 2012.

Hon. Richard G. Andrews
United States District Judge