IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED VIDEO PROPERTIES, INC., TV GUIDE ONLINE, LLC, and TV GUIDE ONLINE, INC., <br><br>                 Plaintiffs, <br>       v. <br><br> AMAZON.COM, INC. and IMDB.COM, INC., <br><br>                 Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 11-003 (RGA) |

## STIPULATION TO MODIFY SCHEDULING ORDER

Plaintiffs United Video Properties, Inc., TV Guide Online, LLC, and TV Guide Online, Inc. (collectively "Plaintiffs"), and Defendants Amazon.com, Inc. and IMDb.com, Inc. (collectively "Defendants") respectfully request that the Court modify its scheduling order (D.I. 179) as follows:

1. Defendants shall serve any rebuttal expert reports on damages no later than January 18, 2013.

2. The deadline for reply expert reports, currently January 4, 2013, shall be postponed.

3. Reply expert reports concerning validity and non-infringement shall be exchanged on January 28, 2013.

4. The parties shall further advise the Court as soon as possible concerning any additional proposed changes to the Court's current schedule, including the dates by which any reply expert reports concerning damages shall be served and expert discovery shall be cut off.

- 2 -

| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Anne Shea Gaza* | */s/ Michael J. Flynn* |
| Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>Jason Rawnsley (#5379)<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br>jrawnsley@rlf.com<br><br>*Attorneys for Plaintiffs*<br><br>December 20, 2012 | Karen Jacobs Louden (#2881)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>(302) 658-9200<br>klouden@mnat.com<br>mflynn@mnat.com<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED this ____ day of December, 2012.

_____
United States District Court Judge