IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED VIDEO PROPERTIES, INC., <br> TV GUIDE ONLINE, LLC, and <br> TV GUIDE ONLINE, INC., <br> <br> Plaintiffs, <br> v. <br> <br> AMAZON.COM, INC. and <br> IMDB.COM, INC., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 11-003 (RGA) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION TO MODIFY SCHEDULING ORDER

Plaintiffs United Video Properties, Inc., TV Guide Online, LLC, and TV Guide Online, Inc. (collectively "Plaintiffs"), and Defendants Amazon.com, Inc. and IMDb.com, Inc. (collectively "Defendants") respectfully request that the Court further modify its scheduling order, (D.I. 179, as modified by Court Order on December 28, 2012), as follows:

1. The upcoming expert discovery, pre-trial, and trial dates are postponed.

2. Any expert reports supplementing the parties' opening expert reports are due on February 22, 2013.

3. Any supplemental rebuttal expert reports, as well as any rebuttal expert reports on damages, are due on March 22, 2013.

4. Reply expert reports are due on April 19, 2013.

5. The deadline for expert discovery is May 17, 2013.

6. The parties shall further advise the Court as soon as possible concerning proposed dates for the remaining events on the case schedule.

- 2 -

| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Anne Shea Gaza* | */s/ Michael J. Flynn* |
| Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>Jason Rawnsley (#5379)<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br>jrawnsley@rlf.com<br><br>*Attorneys for Plaintiffs* | Karen Jacobs Louden (#2881)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>(302) 658-9200<br>klouden@mnat.com<br>mflynn@mnat.com<br><br>*Attorneys for Defendants* |

January 14, 2013

**IT IS SO ORDERED** this ___ day of January, 2013.

                                                   United States District Court Judge